██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COMFORT PINCKNEY, Appellant. [888 NYS2d 759]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 14, 2006 (*People v Pinckney*, 27 AD3d 581 [2006]), affirming a judgment of the Supreme Court, Queens County, rendered July 29, 2003.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Fisher, JJ., concur.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERROD R., Appellant. [888 NYS2d 759]—Appeal by the defendant from an amended judgment of the Supreme Court, Queens County (Wong, J.), rendered May 1, 2008, revoking a sentence of probation previously imposed by the same court (Mullings, J.), upon a finding that he violated a condition thereof, upon his admission, and imposing a sentence of one year of imprisonment upon his previous adjudication as a youthful offender for attempted robbery in the third degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Fisher, J.P., Santucci, Dickerson, Chambers and Lott, JJ., concur.